UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elizabeth De La Cruz-Marte,
                       Plaintiff,

          -v-

Andrew M. Saul, Commissioner of Social
Security Administration,
                       Defendant.

20-CV-494 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Defendant was served on March 24, 2020 and the certificate of service was filed on May 14, 2020. (Dkt. No. 7.) However, no response to the complaint has been filed in the allotted time.

      Accordingly, if Defendant fails to answer or otherwise respond to the complaint on or before July 27, 2020, it may be considered in default.

      SO ORDERED.

Dated: July 15, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge